IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| DANIEL SELF, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | 4:19-cv-01362-ACA |
| | ] | |
| SOCIAL SECURITY ADMINISTRATION, COMMISSIONER, | ] | |
| | ] | |
| Defendant. | ] | |

## **MEMORANDUM OPINION**

Before the court is the magistrate judge's report recommending that the court affirm the Commissioner of the Social Security Administration's decision denying Daniel Self's application for a period of disability, disability insurance, and supplemental security income benefits. (Doc. 15). Mr. Self objects to the recommendation, arguing that the evidence in the record does not compel the conclusion that he did not receive medical treatment consistent with disabling impairments. (Doc. 17 at 1–2). He requests that the court modify the report to reflect his own testimony about what his treating physician told him, and his opinion about his ability to sit, stand, and walk for more than ten to fifteen minutes. (*Id.* at 2–3).

After a *de novo* review of the record and the report and recommendation, the court **OVERRULES** Mr. Self's objections. The report and recommendation discussed Mr. Self's testimony about his capabilities (*see* doc. 15 at 8), and the

standard of review is whether substantial evidence supports the Commissioner's decision, not whether the evidence compels the Commissioner's decision. *See Winschel v. Comm'r of Soc. Sec.*, 631 F.3d 1176, 1178 (11th Cir. 2011); *see also Crawford v. Comm'r Of Soc. Sec.*, 363 F.3d 1155, 1158–59 (11th Cir. 2004) ("Even if the evidence preponderates against the Commissioner's findings, we must affirm if the decision reached is supported by substantial evidence.") (quotation marks omitted). Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL AFFIRM** the Commissioner's decision.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this October 19, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE